The SUTCLIFFE COMPANY et al., Appellants,

v.

John E. BABB, Jr.'s ADMINISTRATOR (R. B. Gillespie), Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1957.

W. B. Early, Williamsburg, for appellants.

Thos. F. Young, Corbin, Glenn H. Stephens, Williamsburg, for appellee.

PER CURIAM.

This is a motion for appeal from a judgment disallowing appellants a claimed lien in the amount of approximately $1,500 upon the assets of an estate, the deceased having died insolvent.

Since it appears that certain "trust receipts" held by appellants were not recordable instruments, the attempted recording was not constructive notice to other creditors of the deceased, and by the acceptance of notes for the merchandise furnished, appellants became general creditors.

The facts do not justify the declaration of an equitable lien in favor of appellants.

The motion for appeal is denied and the judgment stands affirmed.

J. H. JENNINGS et al., Appellants,

v.

G. W. LAWRENCE, Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1957.

Cecil Sanders, Lancaster, James F. Clay, Danville, for appellants.

Edward P. Roark, Delbert Eagle, Lancaster, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Garrard Circuit Court for $1,430. Honorable K. S. Alcorn, Judge.

We consider this appeal under KRS 21.080. The evidence fully sustains the verdict and there is no error apparent in the record.

The motion for an appeal is overruled and the judgment stands affirmed.